## PICKLE, ET AL. V. SIMS.
(Decided April 18, 1912.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

No counsel marked for either party.

Per curiam.   Affirmed on certificate.

---

## PINSON V. THE STATE.
(Decided May 7, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

DE GRAFFENRIED, J.—Affirmed on the record.

---

## ROBERTS V. THE STATE.
(Decided June 13, 1912.)

APPEAL from Henry Circuit Court.

Heard before Hon. MIKE SOLLIE.

No counsel marked for appellant.   R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

DEGRAFFENRIED, J.—Affirmed.

---

## ROGERS V. THE STATE.
(Decided May 9, 1912.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

HUGH H. ELLIS, for appellant.   R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—Affirmed.